CARDELL, INC., A CORPORATION OF THE STATE OF NEW JERSEY AND J. RICHARD HUDANICH, PLAINTIFFS-APPELLANTS, v.  THE TOWNSHIP OF MADISON, A MUNICIPAL CORPORATION IN THE COUNTY OF MIDDLESEX, STATE OF NEW JERSEY, AND MANZO CONTRACTING CO., A CORPORATION OF THE STATE OF NEW JERSEY, DEFENDANTS-RESPONDENTS.

Argued June 4, 1969 — Decided June 6, 1969.

152

*Mr. Stewart M. Hutt* argued the cause for appellants (*Messrs. Hutt and Berkow,* attorneys).

*Mr. Marc J. Gordan* and *Mr. Mark L. Stanton* argued the cause for respondents.

PER CURIAM. The judgment is reversed for the reasons expressed in the dissenting opinion of Judge Labrecque in the Appellate Division.

*For reversal*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-MAN—7.

*For affirmance*—None.